UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN LANG,

                Plaintiff,         Civil Action No. 13-14447
                                       Honorable Linda V. Parker
                                       Magistrate Judge David R. Grand

v.

WANG SUO QIU YING, JOHN BRETT
SMITH, MR. PINK COLLECTIONS,
LLC, and KINGS INTERNATIONAL
INVESTMENT GROUP, LLC,

                Defendants,

and

JOHN BRETT SMITH,

       Cross-Plaintiff/Third-Party Plaintiff,

v.

WANG SUO QIU YING, MR. PINK
COLLECTIONS, LLC, and KINGS
INTERNATIONAL INVESTMENT
GROUP, LLC,

       Cross-Defendants/Third-Party Defendants.
_____/

## ORDER GRANTING ATTORNEY JEFFREY Z. DWORIN'S MOTION TO WITHDRAW

Before the Court is a Motion to Withdraw filed by Jeffrey Z. Dworin, attorney for Defendants/Cross-Defendants Mr. Pink Collections, LLC and Kings International Investment Group, LLC, on December 18, 2015. (Doc. #61). No response has been filed to this motion. On January 13, 2016, Mr. Dworin's motion was referred to this Court for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). (Doc. #59).

Having fully considered the facts set forth in Mr. Dworin's motion and accompanying brief, as well as the fact that Mr. Dworin's motion is unopposed, the Court dispenses with oral argument pursuant to E.D. Mich. L.R. 7.1(f).  The Court being otherwise fully informed in the premises:

**IT IS HEREBY ORDERED** that Mr. Dworin's Motion to Withdraw (**Doc. #61**) is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Pink Collections, LLC and Kings International Investment Group, LLC shall obtain new counsel who shall enter his or her appearance within thirty (30) days of this Order.  To be clear, these corporate entities may only appear in this action through properly admitted counsel, and may not appear in this action *pro se*.  *See United States v. Shahab*, No. 09-13693, 2014 U.S. Dist. LEXIS 158185, at *2-3 (E.D. Mich. Nov. 10, 2014); *see also Van Lokeren v. City of Grosse Pointe Park, Mich.*, No. 13-14291, 2014 U.S. Dist. LEXIS 32376, at *23 (E.D. Mich. Mar. 13, 2014).

**IT IS FURTHER ORDERED** that this matter is **STAYED** for thirty (30) days from today's date to permit Mr. Pink Collections, LLC and Kings International Investment Group, LLC to obtain new counsel.

**IT IS SO ORDERED.**

Dated: January 26, 2016                                     s/David R. Grand
Ann Arbor, Michigan                                         DAVID R. GRAND
                                                            United States Magistrate Judge

**NOTICE**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 26, 2016.

                                                s/Eddrey O. Butts
                                                EDDREY O. BUTTS
                                                Case Manager